IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01776-LTB-BNB

QFA ROYALTIES LLC,

Plaintiff,

v.

INNA BOGDANOVA,
YELANA VEKSHINA, and
ANNADEN, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 24, filed June 4, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 23, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 23, 2007**;

Discovery Cut-Off:                                            **September 17, 2007**;
Dispositive Motion Deadline:                        **October 15, 2007**.

IT IS FURTHER ORDERED that the Pretrial Conference set for November 2, 2007, is **vacated and reset to December 18, 2007, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 11, 2007**. Please remember that anyone seeking entry into the Alfred

A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B.


DATED: June 12, 2007