# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01776-LTB-BNB

QFA ROYALTIES LLC,

    Plaintiff,

v.

INNA BOGDANOVA,
YELANA VEKSHINA, and
ANNADEN, INC.,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

THE COURT having reviewed the Stipulation for Dismissal with Prejudice, the file in this matter and being fully advised in the premises does hereby

ORDER that the above-captioned action is hereby dismissed with prejudice, each party to bear their own costs, including attorneys' fees.

DATED this 24th day of August 2007.

                                       BY THE COURT:

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge